NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMART MODULAR TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2018-1557

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,399.

---

## JUDGMENT

---

MICHAEL FRANCIS HEAFEY, Troutman Sanders LLP, San Francisco, CA, argued for appellant.

MICHAEL S. FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor.  Also represented by THOMAS W. KRAUSE, KAKOLI CAPRIHAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and CLEVENGER, *Circuit Judges*).
**AFFIRMED. See Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


February 7, 2019                    /s/ Peter R. Marksteiner
Date                                Peter R. Marksteiner
                                    Clerk of Court